THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB KUHN, Appellant.

(Argued March 20, 1912; decided April 2, 1912.)

APPEAL from a judgment of the Supreme Court, rendered June 14, 1911, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James L. Brewer* for appellant.

*John W. Barrett, District Attorney* (*Herbert B. Thomas* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not sitting: HISCOCK, J.